UNITED STATES DISTRICT COURT DISTRICT
OF MASSACHUSETTS

| | |
|---|---|
| DIANNA PLOSS,<br><br>    Plaintiff,<br><br>v.<br><br>BIGGIO et al<br><br>    Defendants, | **Civil Action No.: 1:23-cv-12360** |

## MOTION OF WITHDRAWAL

Now comes undersigned counsel and respectfully requests that this Honorable Court allow him to withdraw his appearance and representation for the Plaintiff ("Dianna Ploss").

As grounds therefore undersigned counsel submits that an irretrievable breakdown in the attorney-client relationship exists which prevents him from representing the Plaintiff effectively.

Undersigned counsel sent notice of this motion to Ploss, July 1, 2024 via U.S. Mail Postage Prepaid & Email.

Wherefore, in the interest of justice undersigned counsel hereby prays the Court allows him to Withdraw his Appearance of counsel.

Respectfully submitted,

DATED: July 1, 2024

/s/ Richard C. Chambers, Jr., Esq.
Richard C. Chambers, Jr.,
Esq. BBO#: 651251
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940

1

Office: (781) 581-2031  
Cell: (781) 363-1773  
Fax: (781) 581-8449  
Email: Richard@chamberslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) email and paper copies will be sent this day to those participants indicated as non-registered participants.

DATED: July 1, 2024

/s/ Richard C. Chambers, Jr., Esq.  
Richard C. Chambers, Jr., Esq.