# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**DIANNA PLOSS**

*Plaintiff*

v.

**ANDREW BIGGIO, ET AL.**

*Defendant*

Civil Action No.:
**1:23−CV−12360−GAO**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**The Town of Winthrop, 1 Metcalf Square, Room 5, Winthrop, Massachusetts 02152**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard C. Chambers, Jr., Esq.
Chambers Law Office
220 Broadway, Suite 404
Lynnfield, MA 01940

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Danielle Kelly**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2023−10−13 08:05:23**, Clerk USDC DMA

Civil Action No.: **1:23-CV-12360-GAO**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.



Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999
Suffolk, ss.

July 2, 2024

I hereby certify and return that on 6/27/2024 at 12:50 PM I served a true and attested copy of the Summons, First Amended Complaint and Exhibits in this action in the following manner: To wit, by delivering in hand to Jill Peterson, agent and person in charge at the time of service for The Town of Winthrop at 1 Metcalf Square Room 5 Office of the Town Attorney Winthrop, MA 02152 . In this service hereof it was necessary and I actually used a motor vehicle 10 miles.   Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($3.00) Postage and Handling ($1.00) Travel ($1.00) U.S. District Court Fee ($5.00) Deputy Expense ($5.00) Administrative Fee ($15.00) Total: $65.00

Deputy Sheriff  Robert Foscaldo

Deputy Sheriff