# Chambers Law Office

Richard C. Chambers, Jr.
Joseph Spinale
Matthew Littleton *

Telephone: (781) 581-2031
Facsimile: (781) 581-8449

220 Broadway, Suite 404
Lynnfield, MA 01940

Paralegal *

www.ChambersLawOffice.com

August 12, 2024

**SENT VIA E-MAIL: AARON_HUTCHINS@MAD.USCOURTS.GOV**

Clerk Aaron Hutchins, Esq.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re:**   *Ploss v. Swampscott, Town of et al, Case Number: 1:23-cv-12376-GAO*
*Ploss v. Biggio et al, Case Number: 1:23-cv-12370-GAO*

Dear Clerk Hutchins,

Pursuant to Magistrate Judge Boal's Orders of August 9, 2024 in the two (2) above-captioned matters, please allow this letter to serve as notification of Ms. Ploss' address.

Then most up to date address I have for Ms. Ploss is as follows:

Dianna Ploss
12 Cherokee Street
Boston, Massachusetts 02120

Thank you for your attention. Should the Court require any further and/or additional information, please do not hesitate to contact my office.

Yours truly,

Richard C. Chambers, Jr., Esq.

1